Albert Budlow, Appellant, v. Cole Products Corporation, an Illinois Corporation, Benjamin Joseph Stutz, and Surf Investments Limited, a Company Incorporated Under the Law of the Province of Ontario in Canada, Appellees.

Gen. No. 48,642.

First District, Second Division.

May 9, 1962.

Rubenstein & Gelfman, of Chicago (Michael Levin, of counsel), for appellant; Moses and Theodore J. Levitan, of Chicago, for defendant-appellee, Surf Investments Limited. Opinion by MR. PRESIDING JUSTICE FRIEND. Not to be published in full.